**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01459-NYW

JAIRO REYES GRAMAJO,

      Applicant,

v.

JUAN BALTAZAR, Warden,
MARKWAYNE MULLIN,
TODD BLANCHE, and
ICE FOD,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order of United States District Judge Nina Y. Wang entered on July 14, 2026 [Doc. 27], it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 1] is DISMISSED without prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondents and against Applicant. It is

FURTHER ORDERED that this case is TERMINATED.

Dated at Denver, Colorado this 14th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk